STATE OF NEW JERSEY v. PRENTIS M. PRITCHETT.

May 24, 1988.

Petition for certification denied.

TIMOTHY STRICKLAND v. HOWARD L. BEYER.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MCHUGH.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE J. GRANT.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER KIRK.

May 24, 1988.

Petition for certification denied.